# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **VIRGINIA GARCIA MORETA,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-01228-RDP-SGC |
| **KIMBERLY NEELY, WARDEN,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Virginia Garcia Moreta ("Moreta"), a federal inmate proceeding *pro* se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).[1] On April 17, 2025, the Magistrate Judge entered a Report and Recommendation recommending the court deny the petition. (Doc. 10). Moreta was advised of her right to file written objections to the Report and Recommendation within fourteen days, but the court has not received any objections or other response from her.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. (Doc. 10). Consistent with that recommendation, the court find's Moreta's petition is due to be denied.

A final judgment will be entered.

**DONE** and **ORDERED** this May 14, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

---

[1] Citations to the record refer to the document and page numbers assigned by the court's CM/ECF electronic document system and appear in the following format: (Doc. __ at __).